UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN,<br><br>　　　　　Defendant. | No.  2:15-cv-0524 DAD P<br><br>ORDER &<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a civil detainee at Coalinga State Hospital proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　By order filed March 23, 2015, plaintiff was ordered to file an in forma pauperis affidavit on the form used by this district or else pay the appropriate filing fees within thirty days.[1] Plaintiff was also cautioned that his failure to do so would result in a recommendation that this action be dismissed.  More than five months have passed, and plaintiff has not filed an in forma pauperis affidavit on the required form, paid the appropriate filing fee, or otherwise responded to the court's order.

/////

---

[1] The Clerk of the Court was directed to mail plaintiff a blank Application to Proceed In Forma Pauperis By a Prisoner.  (See ECF No. 4 at 2.)

1

1    Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of the Court shall
2 assign a district judge in this action.
3    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
4    These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court and serve a copy on all parties.  Such a document should be captioned
8 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
9 objections shall be filed and served within fourteen days after service of the objections.  The
10 parties are advised that failure to file objections within the specified time may waive the right to
11 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  August 26, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
mix0524.fifp

2